IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SANDRA K. GREEN, et al.**, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil No. **05-791-CJP** |
| vs. | ) |
| | ) |
| **DENNY'S CORPORATION,** | ) |
| and **DENNY'S, INC.,** | ) |
| d/b/a Denny's Restaurant N. 0841, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**Proud, Magistrate Judge:**

Upon consideration and for good cause shown, plaintiffs' Motion in Limine **(Doc. 42)** is

**GRANTED**.

The parties shall not refer to, mention, or offer evidence of the following:

1. Criminal convictions of any of the plaintiffs;

2. The findings or conclusions made by the Illinois Department of Human Rights on plaintiffs' claims.

**IT IS SO ORDERED.**

**DATE:  September 7, 2007.**


                                                            **s/ Clifford J. Proud**
                                                            **CLIFFORD J. PROUD**
                                                            **UNITED STATES MAGISTRATE JUDGE**