IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SANDRA K. GREEN, et al.**, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil No. **05-791-CJP** |
| vs. | ) |
| | ) |
| **DENNY'S CORPORATION,** | ) |
| and **DENNY'S, INC.,** | ) |
| d/b/a Denny's Restaurant N. 0841, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**Proud, Magistrate Judge:**

Before the court is defendants' Motion in Limine, which consists of four separate parts. **(Doc. 47)**. Plaintiffs have filed a response at **Doc. 49.**

The court held a conference with counsel in chambers on the morning of September 11, 2007, at which the parties made arguments concerning the motion. The court orally ruled on the motion during that conference, and now sets forth those rulings in writing.

Upon consideration and for good cause shown, Defendants' Motion in Limine **(Doc. 47)** is **GRANTED in part and DENIED in part as follows**:

1. Part 1 is denied with respect to witnesses who are parties, but is granted as to witnesses who are not parties.

2. Part 2 is granted. The parties shall not refer to, mention, or offer evidence of prior incidents at Denny's restaurants, including an incident at a Denny's restaurant in Colorado in 2001.

3. Part 3 is granted as to witnesses' opinion that Chris Brooks is racist. The

1

witnesses may testify as to the facts and events which they observed.

4. Part 4 is granted. The parties shall not refer to, mention, or offer evidence that Danyell Bell holds the opinion that Chris Brooks is racist. The witness may testify as to the facts and events which she observed.

**IT IS SO ORDERED.**

**DATE:  September 11, 2007.**

> **s/ Clifford J. Proud**
> **CLIFFORD J. PROUD**
> **UNITED STATES MAGISTRATE JUDGE**