IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SANDRA K. GREEN, et al.**, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil No. **05-791-CJP** |
| vs. | ) |
| | ) |
| **DENNY'S CORPORATION,** | ) |
| and **DENNY'S, INC.,** | ) |
| d/b/a Denny's Restaurant N. **0841**, | ) |
| | ) |
| Defendants. | ) |

### ORDER

**Proud, Magistrate Judge:**

Upon consideration and for good cause shown, plaintiffs' Motion in Limine Regarding Danyell Bell **(Doc. 50)** is **GRANTED**.

The parties shall not refer to, mention, or offer evidence of the following:

1. Domestic and/or living arrangements of witness Danyell Bell;

2. Misdemeanor or traffic convictions of witness Danyell Bell.

**IT IS SO ORDERED.**

DATE:  September 11, 2007.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**