IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SANDRA K. GREEN, et al.**, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil No. **05-791-CJP** |
| vs. | ) |
| | ) |
| **DENNY'S CORPORATION,** | ) |
| and **DENNY'S, INC.**, | ) |
| d/b/a Denny's Restaurant N. 0841, | ) |
| | ) |
| Defendants. | ) |

### ORDER

**Proud, Magistrate Judge:**

Before the court is Defendant's Motion in Limine, which consists of five separate parts, numbered 5 through 9.  The court held a conference with counsel in chambers on the morning of September 11, 2007, at which the parties made arguments concerning the motion.  The motion had not yet been electronically filed at the time of the conference, although counsel has been instructed to do so.  The court orally ruled on the motion during that conference, and now sets forth those rulings in writing.

Upon consideration and for good cause shown, Defendant's Motion in Limine  is **GRANTED in part and DENIED in part as follows**:

1.  Part 5 is denied as moot.

2.  Part 6 is granted.

3.  Part 7 is denied, but counsel are directed to instruct their witnesses to avoid exaggerated emotional displays.

4.  Part 8 is denied.

5.	Part 9 is denied.

**IT IS SO ORDERED.**

**DATE:  September 11, 2007.**

**<u>s/ Clifford J. Proud</u>**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
