IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA K. GREEN, DIANE HOWARD, JANET HILL, SHERRY TART, CHARLES R. TART, SR., JERIAH WILLIAMS, GAIL WHITE, ARTHUR WHITE, LINDA HAYNES, RONALD JONES, CHASITY JONES, ROBERT SMITH, WILLY JONES, BARBARA JONES, DANIEL WILLIAMS, SR. )))))))))) | |
| Plaintiff, ) | |
| -vs- ) | NO. 05-791-CJP |
| ) | |
| DENNY'S, INC., )) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

Counsel for plaintiffs moved to voluntarily dismiss all claims involving **BARBARA JONES** as she is deceased on September 10, 2007. (Doc. 48).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiffs **SANDRA K. GREEN** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; **DIANE HOWARD** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; **JANET HILL** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; **SHERRY TART** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; **CHARLES R. TART, SR.** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a

total of $40,000.00; **JERIAH WILLIAMS** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; **GAIL WHITE** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; **ARTHUR WHITE** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; **LINDA HAYNES** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; **RONALD JONES** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; **CHASITY JONES** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; **ROBERT SMITH** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; **WILLY JONES** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; **DANIEL WILLIAMS, SR.**, in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; **DANIEL WILLIAMS, JR.** in the amount of $5,000.00 in compensatory damages and $35,000.00 in punitive damages, for a total of $40,000.00; all against defendant **DENNY'S, INC**., in accordance with Jury Verdicts (Docs. 62-76) filed September 14, 2007.

**DATED** this 19th day of September, 2007

                                        **NORBERT G. JAWORSKI, CLERK**

                                        **BY: <u>S/ Angela Vehlewald</u>**
                                                  **Deputy Clerk**

**Approved by**<u>     S/ Clifford J. Proud     </u>
              **United States Magistrate Judge**
                  **Clifford J. Proud**