IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA K. GREEN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Civil No. **05-791-CJP** |
| **DENNY'S CORPORATION,** and **DENNY'S, INC.,** d/b/a Denny's Restaurant N. 0841, | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiffs' Motion to Strike Portions of Defendant's Brief. **(Doc. 97)**.

Plaintiffs ask the court to strike references to the Illinois Department of Human Rights Investigation Report and Notice of Dismissals from defendant's brief regarding punitive damages. Plaintiffs argue that these documents cannot be considered because they were not admitted into evidence at trial.

Under the framework for analysis set forth in the Supreme Court's recent cases on the propriety of punitive damage awards, it is appropriate to consider certain matters outside the record. See, *BMW of North America, Inc. v. Gore*, **116 S. Ct. 1589 (1996)**; *Exxon Shipping Company v. Baker*, **128 S. Ct. 2605 (2008)**. The court will not strike the brief, but will consider the documents only insofar as consideration is appropriate.

Plaintiffs' Motion to Strike Portions of Defendant's Brief **(Doc. 97)** is **DENIED**.

**IT IS SO ORDERED.**

DATE: September 17, 2008.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**